# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE LUIS CASTILLO REYES,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 25-7138** |
| **v.** | : | |
| | : | |
| **MICHAEL T. ROSE, in his official capacity as ICE Acting Field Office Director,** *et al.*, | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 9th day of January 2026, upon consideration of Petitioner Jorge Luis Castillo Reyes' ("Mr. Castillo Reyes" or "Petitioner") *petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241* ("Petition"), (ECF 1), and Respondents' response in opposition, (ECF 5), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Mr. Castillo Reyes' Petition is **GRANTED**, as follows:

1. Mr. Castillo Reyes is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is, instead, subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. Within *five days* from this Order, Respondent Rose (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Castillo Reyes with a bond hearing in accordance with 8 U.S.C. § 1226(a);

3. Should the immigration judge deny bond, Respondent Rose (or the current Director the ICE Philadelphia Field Office) shall provide Mr. Castillo Reyes the opportunity to appeal that decision to the BIA.

4. Pending the ordered bond hearing, the Government *cannot* remove, transfer, or otherwise facilitate the removal of Mr. Castillo Reyes from the Eastern District of Pennsylvania (the "District") before the ordered bond hearing. If the immigration judge determines that Mr. Castillo Reyes is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Mr. Castillo Reyes if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. This Court will then determine whether to grant the request and permit the transfer of Mr. Castillo Reyes.

5. *The failure to provide a bond hearing within the five days ordered, will result in Mr. Castillo Reyes immediate release.*

6. Mr. Castillo Reyes' *motion to expedite decision on petition for writ of habeas corpus*, (ECF 6), is **DENIED**, as moot.

The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*